## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **HASHIM MOHAMED OSMAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00222** |
| | § | |
| **TODD BLANCHE, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 23), Petitioner's pro se Petition for Writ of Habeas Corpus, Under 28 U.S.C. § 2241, (Dkt. No. 2), has been **DENIED without prejudice**. Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus, (Dkt. No. 10), was **GRANTED**. On April 28, 2026, Respondents confirmed that Petitioner was removed to Sudan. (Dkt. No. 26).

Following the Court's order and Petitioner's removal, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on April 29, 2026.

John A. Kazen
United States District Judge